B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

SOUTHERN DISTRICT OF MS

In Re:     Case No. 2451172
DARLENE DEAN

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Portfolio Recovery Associates, LLC | Santander Consumer USA INC. |
|---|---|
| ------------------------------------------ | ------------------------------------------- |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

Court Claim # (if known): 4
Amount of Claim: $6,632.14
Date Claim Filed: 09/11/2024

Phone: (877)829-8298
Last Four Digits of Acct # : 3541

Phone:
Last Four Digits of Acct #: 3541

Name and Address where transferee payments Should be sent (if different from above)
Portfolio Recovery Associates, LLC
POB 12914
Norfolk, VA 23541

Seller Information
SANTANDER HOLDINGS USA, INC.
1601 ELM STREET
SUITE 800
DALLAS TX 75201

Phone: (877)829-8298
Last Four Digits of Acct # : 3541

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Alinecia Williams     Date: 12/10/2025
 -------------------------------------------
 Transferee/Transferee's Agent
Email: Bankruptcy_Info@portfoliorecovery.com

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Confidential

## EXHIBIT "B"

## BILL OF SALE AND ASSIGNMENT

Santander Holdings USA, Inc. ("**Seller**"), for value received and pursuant to the terms and conditions of the Financial Assets Sale Agreement, dated as of November, 2025, with a Closing Date of November 18 , 2025, between Seller and Portfolio Recovery Associates, LLC ("**Buyer**"), its successors and assigns ("**Financial Assets Sale Agreement**"), hereby assigns effective as of the Closing Date:

    (a) all rights, title and interest of Seller in and to those certain receivables, judgments or evidences of debt described in the Financial Assets Schedule to the Financial Assets Sale Agreement (attached hereto as Exhibit "A") attached hereto and made part hereof for all purposes, and

    (b) all principal, interest or other proceeds of any kind with respect to the Financial Assets described on the Financial Asset Schedule, but excluding any payments or other consideration received by Seller on or prior to the Cut-off Date.

Pursuant to the foregoing assignment, the Seller stipulate that Buyer may be substituted for Seller as the valid owner of the Claims relating to the Financial Assets and hereby waives any notice or hearing requirements imposed by Bankruptcy Rule 3001 (e) (2) otherwise.

**SELLER**

By: _/s/ Erik Laney_
Name: Erik Laney
Title: Executive Vice President


STATE OF TEXAS    )
    )
COUNTY OF DALLAS    )

Sworn before me this 18 day of November 2025.

NATHALY VAN ZANTEN
Notary Public, State of Texas
Comm. Expires 05-05-2026
Notary ID 133745009

(Notary Stamp & Signature)

My commission expires: 05-05-2026