**OFFICE OF THE STANDING TRUSTEE**
**IN PROCEEDINGS UNDER CHAPTER 13 OF THE**
**UNITED STATES BANKRUPTCY CODE**

**DAVID RAWLINGS, TRUSTEE**
**P.O. BOX 566**
**HATTIESBURG, MS 39403**
**TELEPHONE (601) 582-5011**

DATE: November 02, 2026

DARLENE DEAN
50 Shady Oak Rd
Laurel, MS 39443

Case No. 24-51172 KMS

**RE: NEW PLAN PAYMENT: $649.00**
**REASON: PER ORDER DK #22**

Dear Debtor:

Your Chapter 13 Plan payment has been changed to the above stated sum.

If you are paying direct, then your next monthly Plan payment after the date of this letter will have to be the above sum in order for your Plan payment to pay out within the time that you originally proposed. If you are on a Wage Order, a new Wage Order is being sent to your employer and the additional sum necessary to increase your Plan payment to the above sum will be withheld from your wages.

A copy of this letter is being forwarded to your attorney.

OFFICE OF THE STANDING TRUSTEE

/s/ DAVID RAWLINGS, TRUSTEE

COUNSEL FOR DEBTOR:

THOMAS C. ROLLINS, JR
P O Box 13767
Jackson, MS 39236